IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GS HOLISTIC, LLC.

Plaintiff,

vs.

CRYSTALS UP IN SMOKE INC.,
d/b/a UP IN SMOKE, et al.

Defendants.

Case No. 1:23-cv-0627
1:23-cv-0636
1:23-cv-0648
1:25-cv-0163
2:23-cv-3234
2:23-cv-3578
2:23-cv-3601
2:23-cv-3604
2:23-cv-3606
2:23-cv-3760
2:23-cv-3782
2:23-cv-3786
2:23-cv-3928
3:23-cv-0351

Judge Walter H. Rice
Magistrate Judge Michael R. Merz

**ORDER OF REFERENCE OF CAPTIONED CASES FOR MEDIATION; ADDITIONAL INSTRUCTIONS HEREIN**

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned actions are hereby referred to United States Magistrate Judge Peter B. Silvain Jr., ADR Coordinator, and United States Magistrate Judge Caroline H. Gentry for purposes of conducting mediations. This Court would prefer, only if practicable given the schedules of

the respective Magistrate Judges, mediations are to be conducted during the month of March 2025, but no later than April 15, 2026.

The above cases are those represented by four different attorneys, to wit: Perry Davis Jr., Donald L. Regensburger, Samuel H. Shamansky and Fred M. Speed Jr.

Date: 3/5/2026

Walter H. Rice

(Dictated by Judge Rice, reviewed by him prior to electronic signature.)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**