IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC.

Plaintiff,

vs.

LAYLAS HOOKAH LOUNGE LLC et al.

Defendants.

CASE NO. 2:23-cv-3234

DISTRICT JUDGE WALTER H. RICE

---

GS HOLISTIC, LLC.

Plaintiff,

vs.

GOODFELLAS SMOKE SHOP LLC, et al.

Defendants.

CASE NO. 2:23-cv-3578

DISTRICT JUDGE WALTER H. RICE

---

GS HOLISTIC, LLC.

Plaintiff,

vs.

BEST BUDZ SMOKE SHOP LLC, et al.

Defendants.

CASE NO. 2:23-cv-3601

DISTRICT JUDGE WALTER H. RICE

---

GS HOLISTIC, LLC.

Plaintiff,

vs.

CANAL SMOKE & VAPE INC., et al.

Defendants.

CASE NO. 2:23-cv-3604

DISTRICT JUDGE WALTER H. RICE

GS HOLISTIC, LLC.

Plaintiff,

vs.

SMOKE SHOP CIGAR & VAPE INC., et al.

Defendants.

CASE NO. 2:23-cv-3606

DISTRICT JUDGE WALTER H. RICE

---

GS HOLISTIC, LLC.

Plaintiff,

vs.

DUBLIN SMOKY ROW INC., et al.

Defendants.

CASE NO. 2:23-cv-3760

DISTRICT JUDGE WALTER H. RICE

---

GS HOLISTIC, LLC.

Plaintiff,

vs.

SMOKER ZONE LLC, et al.

Defendants.

CASE NO. 2:23-cv-3782

DISTRICT JUDGE WALTER H. RICE

---

GS HOLISTIC, LLC.

Plaintiff,

vs.

A ONE SMOKE SHOP LLC, et al.

Defendants.

CASE NO. 2:23-cv-3786

---

GS HOLISTIC, LLC. CASE NO. 2:23-cv-3928

Plaintiff,

vs.

SMOKERS HOUSE INC., et al.

Defendants.

---

GS HOLISTIC, LLC. CASE NO. 3:23-cv-00350

Plaintiff,

vs.

EAST MAIN CONNECTION LLC, et al.

Defendants.

---

GS HOLISTIC, LLC. CASE NO. 3:23-cv-00351

Plaintiff,

vs.

Q S JORDAN DISCOUNT INC., et al.

Defendants.

---

## SCHEDULING CONFERENCE ORDER

---

The captioned cause came on to be heard upon preliminary pretrial conference on June 8, 2026.

## PERTINENT SETTINGS

1. Required disclosures under Fed. R. Civ. P. 26(a)(1): **7/29/2026**

| | |
|---|---|
| 2. Settlement demand by Plaintiff upon Defendant to be made by: | **Plaintiff to Defendants – 7/29/2026; Defendant's Response to Plaintiff 8/12/2026.** |
| 3. Written notification to Court re: contingent consent or Refusal to Magistrate Judge for trial purposes only:* | **7/29/2026** |
| 4. Identification of lay witnesses with synopsis of their testimony to be filed by: | **8/17/2026** |
| 5. The dates to reveal the identity of expert witnesses and to provide a copy of the expert's report (Rule 26(a)(2)(B)) or the subject matter and summary of facts and opinions for experts not required to prepare reports (Rule 26(1)(2)(C)) are: | |
| Plaintiff(s) to Defendant(s) | **8/3/2026** |
| Defendant(s) to Plaintiff(s) | **8/3/2026** |
| Rebuttal Expert(s) | **8/28/2026** |
| 6. Request for admissions: | **9/1/2026** |
| 7. Cut-off **DEADLINE** for discovery: | **9/11/2026** |
| 8. Status conference via ZOOMFORGOVERNMENT: (This conference call will discuss with counsel, *inter alia*, whether the captioned cause should be tried separately or together.) | **Thursday, 10/1/2026, at 4:30 p.m.** |
| 9. Cut-off date for filing of motions for summary judgment: | **10/9/2026** |
| Memoranda Contra | **10/23/2026** |
| Reply Memoranda | **10/30/2026** |
| 10. Cut-off date for all other pretrial motions, i.e., motions in limine, motions for a view, etc.: | **Monday, 10/26/2026** |
| 11. Joint Final Pretrial Order by parties to be filed no later than: | **Tuesday, 10/27/2026** |
| 12. Trial exhibits to be exchanged by: | **Friday, 10/30/2026** |

| | |
|---|---|
| 13. Final Pretrial Teleconference via ZOOMFORGOVERNMENT: | **Friday, 11/6/2026 at 4:00 p.m.** |
| 14. Deadline for submitting proposed jury instructions, including verdict forms and interrogatories (with additional copy to be submitted to the Court in Word format to rice_chambers@ohsd.uscourts.gov), and original copies of depositions, with designations, that counsel intend to use at trial: | **At least 10 days prior to trial** |
| 15. Deadline for submitting counter-designations: | **At least 5 days prior to trial** |
| 16. Trial on the merits, to a jury, beginning: | **11/13/2026** |

**IT IS SO ORDERED.**

Date: 7-9-26

Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE